STATE OF LOUISIANA IN THE INTEREST
OF R.P., S.H., AND N.H.

NO. 21-CA-628

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

ON APPEAL FROM THE FORTIETH JUDICIAL DISTRICT COURT
PARISH OF ST. JOHN THE BAPTIST, STATE OF LOUISIANA
NO. 18,168, DIVISION "B"
HONORABLE NGHANA LEWIS, JUDGE PRESIDING

December 22, 2021

**STEPHEN J. WINDHORST**
**JUDGE**

Panel composed of Judges Fredericka Homberg Wicker,
Stephen J. Windhorst, and Hans J. Liljeberg

**<u>APPEAL DISMISSED</u>**
 **SJW**
 **FHW**
 **HJL**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Nancy J. Vega
Chief Deputy, Clerk of Court

COUNSEL FOR PLAINTIFF/APPELLANT,
DEPARTMENT OF CHILDREN AND FAMILY SERVICES
Laura Locker-Melancon

**WINDHORST, J.**

In this case, the Department of Children and Family Services (hereinafter "DCFS") appeals the trial court's judgment denying DCFS's petition for termination of parental rights of N.W. For the following reasons, we dismiss this appeal.

On May 28, 2021, DCFS filed a motion for appeal in the 40th Judicial District Court seeking to appeal the trial court's May 6, 2021 judgment denying DCFS's petition for termination of parental rights of N.W. That same day, the trial court granted DCFS's motion for appeal. The record was lodged in this Court on September 24, 2021. That day, this Court issued a Notice of Lodging of Record, notifying the parties the record had been lodged and informing them of the due dates for the appellate briefs. DCFS was informed that its appellate brief was due on October 12, 2021. DCFS did not file a brief by this deadline, nor did it file a motion for extension of time to file a brief.

On October 21, 2021, this Court sent DCFS's counsel a letter informing her that the time delays for filing her appellate brief had passed and notifying her that the appeal would be dismissed as abandoned if a brief was not filed by November 2, 2021. To date, DCFS has not filed a brief.

La. U.R.C.A. Rule 5-3(c)(2) provides:

> In such civil cases, if an appellant does not file a brief within the time prescribed by this rule or any extension thereof granted by the court as provided by this rule or Rule 2-12.8, a notice shall be mailed by the clerk to counsel for the appellant, or to the appellant if not represented, that the appeal shall be dismissed 10 days thereafter unless a brief is filed in the meantime. If an appellant does not file a brief within 10 days after such notice is mailed, the appeal shall be dismissed as abandoned. Provided, however, that irrespective of the time limit provided in this rule for the appellee to file a brief, the appellee's brief shall be filed within 15 days from the due date shown on the notice of abandonment.

On October 21, 2021, this Court sent the required notice to counsel for DCFS informing counsel that if a brief was not filed by November 2, 2021, the appeal would be dismissed as abandoned. See <u>Riley v. Par. of Jefferson</u>, 21-55 (La. App.

5th Cir. 5/19/21), 325 So.3d 1115, 1116; <u>LaFrance v. LaFrance</u>, 15-508 (La. App. 5th Cir. 2/17/16), 186 So.3d 797. No brief was filed by this deadline. Thus, DCFS has indicated no intent to pursue this appeal. As a result, we deem DCFS's appeal abandoned and declare it dismissed under La. U.R.C.A. Rule 5-3 (c)(2).

**<u>APPEAL DISMISSED</u>**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF JUDGMENT AND CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE OPINION IN THE BELOW-NUMBERED MATTER HAS BEEN DELIVERED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 2-16.4 AND 2-16.5** THIS DAY **DECEMBER 22, 2021** TO THE TRIAL JUDGE, CLERK OF COURT, COUNSEL OF RECORD AND ALL PARTIES NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

CURTIS B. PURSELL
CLERK OF COURT

## 21-CA-628

**E-NOTIFIED**
40TH DISTRICT COURT (CLERK)
HONORABLE NGHANA LEWIS (DISTRICT JUDGE)
JOSEPHINE C. VANDERHORST (APPELLEE)     DOUGLAS L. HARVILLE (APPELLEE)

**MAILED**
LAURA LOCKER-MELANCON
(APPELLANT)
ATTORNEY AT LAW
160 SOUTH ARDENWOOD DRIVE
BATON ROUGE, LA 70806